# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **JEREMY & AMANDA FRANKS,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 7:10-CV-01361-PWG |
| | ) | |
| **REAL TIME RESOLUTIONS, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

_____

### JOINT STIPULATION OF DISMISSAL
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties hereby stipulate to a dismissal with prejudice, of all claims in this case, each party bearing its own costs.

Respectfully submitted, this the 31st day of August, 2010.

                                                      **/s/ Wilson F. Green**
                                                      Wilson F. Green
                                                      One of the Attorneys for Plaintiffs


**OF COUNSEL:**
**James E. Fleenor, Jr.**
**Ricky J. McKinney**
**FLEENOR GREEN & McKINNEY LLP**
204 Marina Drive, Ste. 200
Tuscaloosa, Alabama 35406
Telephone: (205) 722-1018
Email:   wgreen@fleenorgreen.com

**/s/ Brent G. Grainger**
Brent G. Grainger
Attorney for Defendant

**OF COUNSEL:**
SCOTT DUKES & GEISLER, P.C.
Concord Center
2100 Third Avenue North
Suite 700
Birmingham, AL 35203
Telephone: (205) 244-2503
Email: bgrainger@scottdukeslaw.com

## CERTIFICATE OF SERVICE

The foregoing is being served through the CM/ECF system on this the 31st day of August, 2010.

/s/ Wilson F. Green
Attorney for Plaintiffs
