IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>WESTERN DIVISION</u>

| | |
|---|---|
| JEREMY & AMANDA FRANKS, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. 7:10-cv-1361-PWG |
| REAL TIME RESOLUTIONS, INC., | ) |
| Defendant. | ) |

<u>O R D E R</u>

Counsel for the parties have filed a Joint Stipulation of Dismissal. Pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, it is ORDERED that this action is DISMISSED with prejudice, each party bearing its own costs.

As to the foregoing it is SO ORDERED this the 7th day of September, 2010.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**